UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| PHYLLIS SMITH | CASE NO. 6:22-CV-03050 |
| VERSUS | JUDGE ROBERT R. SUMMERHAYS |
| COMMISSIONER OF SOCIAL SECURITY | MAGISTRATE JUDGE WHITEHURST |

**JUDGMENT**

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, after an independent review of the record, noting the absence of any objection, and having determined that the findings and recommendations are correct under the applicable law;

**IT IS ORDERED, ADJUDGED, AND DECREED** that the decision of the Commissioner of the Social Security Administration is AFFIRMED, and this matter is DISMISSED WITH PREJUDICE, consistent with the report and recommendation.

**THUS DONE AND SIGNED** in Lafayette, Louisiana, on this 11th day of May, 2023.

ROBERT R. SUMMERHAYS
UNITED STATES DISTRICT JUDGE